NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BOSTON SCIENTIFIC CORPORATION** AND
**BOSTON SCIENTIFIC SCIMED, INC.,**
*Plaintiffs-Appellees,*

**v.**

**CORDIS CORPORATION,**
*Defendant-Appellant.*

---

2012-1316

---

Appeal from the United States District Court for the District of Delaware in case no. 10-CV-0315, Judge Sue L. Robinson.

---

**ON MOTION**

---

**O R D E R**

Cordis Corporation moves without opposition for leave to withdraw corresponding briefs and the joint appendix filed via CD-ROM.

Upon consideration thereof,

IT IS ORDERED THAT:

BOSTON SCIENTIFIC CORPORATION v. CORDIS CORPORATION     2

The motion is granted.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21